AMERICAN ALTERNATIVE INSUR-
ANCE CORPORATION, a Delaware
corporation, Plaintiff–Appellee,

v.

Connor LOGAN, individually, Thierry
Genoyer, individually, Luke Genoyer,
individually, Defendants–Appellants.

No. 15–14192

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 4, 2016.

Elaine Dawn Walter, Michael A. Mullen,
Joseph M. Winsby, Gaebe Mullen Antonelli
& Dimatteo, Coral Gables, FL, for Plain-
tiff–Appellee.

Jennifer Worden, Kyle William Maxson,
Martinez Denbo, LLC, St. Petersburg,
FL, for Defendants–Appellants.

Before TJOFLAT, JORDAN, and
JULIE CARNES, Circuit Judges.

PER CURIAM:

This is a declaratory judgment action
brought by American Alternative Insur-
ance Company ("AAIC"). AAIC issued an
umbrella policy of insurance to Thierry
Genoyer as the named insured and seeks a
declaration that it has no duty to defend or
indemnify Connor Logan, Thierry Genoyer

and Luke Genoyer ("Defendants") in con-
nection with a personal injury action Lo-
gan brought against the Genoyers in a
Florida state court.[1] The Defendants con-
cede that the "cross-liability exclusion" of
the AAIC bars coverage for Logan's
claims against the Genoyers, but argue
that they are entitled to coverage under
the policy based on promissory estoppel.
The District Court rejected Defendants'
promissory estoppel argument and grant-
ed AAIC summary judgment in an order
entered on August 20, 2015. Defendants
appeal the judgment. We affirm, conclud-
ing for the reasons stated in the District
Court's order that Defendants failed to
establish a case of promissory estoppel as
a matter of law.

**AFFIRMED.**

---

1. Logan seeks damages for the injuries he
   sustained when he lost control of a vehicle
   entrusted to him by Luke Genoyer, with the

permission of his father, Thierry Genoyer, and
struck a tree.